1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10    OSSIE LEE SLAUGHTER,

11                         Plaintiff,                    CASE NO. 3:15-CV-05484-BHS-JRC

12          v.                                           ORDER TO SHOW CAUSE

13    PAT GLEBE,

14                         Defendant.

15

16          This matter has been referred to the undersigned United States Magistrate Judge pursuant

17    to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

18          The Clerk's Office has attempted to serve defendants Flemming, Presswood and Casey

19    by mail. Dkt. 13. However, returns of service sent to defendants Flemming, Presswood and

20    Casey were returned to the Court marked "There is more than one correctional officer with this

21    name. Cannot identify."  Dkts. 15, 16 17.

22          On September 22, 2015, the Court ordered plaintiff to provide the complete names and

23    addresses for unserved defendants Flemming, Presswood and Casey by October 24, 2015. Dkt.

24    43. On October 30, 2015, in response to plaintiff's letters/responses to the Court, the Court again

1   ordered plaintiff to provide service addresses for the three unserved defendants by November 30,

2   2015. Dkt. 48. On November 10, 2015, the Court granted plaintiff a ten-day extension to file the

3   service addresses until December 10, 2015. Dkt. 50.

4          This action was filed August 7, 2015 and plaintiff had until December 10, 2015 to

5   provide the Court with service addresses. *See* Dkt. 50; *See also* Fed. R. Civ. P. 4(m)(120 days to

6   perfect service.

7          The Court orders plaintiff to show cause why this action should not be dismissed against

8   the unserved defendants without prejudice for failure to prosecute, failure to comply with a court

9   order, and failure to perfect service of process.  If plaintiff does not have a response to this order

10  filed by February 16, 2016, the undersigned will recommend dismissal of this action against the

11  unserved defendants.

12         Dated this 15th day of January, 2016.

13

14  _____

15  J. Richard Creatura
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2