1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

OSSIE LEE SLAUGHTER,

                    Plaintiff,

        v.

PAT GLEBE, et al.,

                    Defendants.

CASE NO. C15-5484 BHS-JRC

ORDER ADOPTING REPORT
AND RECOMMENDATION

13    This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 61), and

15  Plaintiff Ossie Slaughter's ("Slaughter") objections to the R&R (Dkt. 66).

16    On August 7, 2015, Slaughter filed a prisoner civil rights complaint, alleging

17  claims under the First, Fifth, Eighth, and Fourteenth Amendments.  Dkt. 12 at 5–9.

18  Although Slaughter did not file a motion for a preliminary injunction, Slaughter

19  requested a preliminary injunction in his complaint to prevent him from being transferred

20  to another prison.  *Id.* at 8.

21    On October 8, 2015, Defendants moved to dismiss Slaughter's complaint for

22  failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  Dkt. 44.  On

1  December 9, 2015, Judge Creatura recommended denying Defendants' motion as to

2  Slaughter's First Amendment claim.  Dkt. 61 at 14–17.  Judge Creatura also

3  recommended granting Defendants' motion with regard to Slaughter's remaining claims,

4  but with leave to amend his Eighth Amendment claim and the personal participation of

5  certain individual defendants.  *Id.* at 7–14.  Finally, Judge Creatura recommended

6  denying Slaughter's request for preliminary injunctive relief as moot.  *Id.* at 19–20.

7          On January 4, 2016, Slaughter filed objections to the R&R.  Dkt. 66.  On January

8  21, 2016, Defendants responded.  Dkt. 69.

9          Federal Rule of Civil Procedure 72(b) governs objections to a magistrate judge's

10  recommended disposition.  Rule 72(b) provides:

11          The district judge must determine de novo any part of the magistrate
           judge's disposition that has been properly objected to.  The district judge
12          may accept, reject, or modify the recommended disposition; receive further
           evidence; or return the matter to the magistrate judge with instructions.
13  Fed. R. Civ. P. 72(b)(3).

14          In the R&R, Judge Creatura addressed whether Slaughter adequately stated a

15  claim for relief in his complaint.  Although Slaughter objects to the R&R, Slaughter's

16  arguments and supporting exhibits relate to events outside of the operative complaint and

17  the R&R.  Slaughter does not address Judge Creatura's analysis and conclusions

18  regarding the allegations in his complaint.  As a result, Slaughter's objections do not

19  demonstrate that Judge Creatura's recommendations are in error.

20          Therefore, the Court having considered the R&R, Slaughter's objections, and the

21  remaining record, does hereby find and order as follows:

22

1    (1)    The R&R is **ADOPTED**; and

2    (2)    Slaughter is granted leave to amend his Eighth Amendment claim, and to

3    allege facts showing the personal participation of Randy Smith, Matthew Nelson, Charles

4    Jones, Richard Kautz, Josh Brule, William Nelson, Marcia McCormick, Daniel Davis,

5    Lisa Ross, Pam Perdue, Christine McRae, Jeffrey Smith, Kerri McTarsney, and Gregory

6    Jones.  Slaughter shall file his amended complaint by March 18, 2016.

7    Dated this 23rd day of February, 2016.

8

9    _____

10   BENJAMIN H. SETTLE
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3