UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSSIE LEE SLAUGHTER,

          Plaintiff,

   v.

PAT GLEBE, et al.,

          Defendants.

CASE NO. C15-5484 BHS

ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION TO SHOW CAUSE

This matter comes before the Court on Plaintiff Ossie Slaughter's ("Slaughter") motion for reconsideration and motion to show cause (Dkt. 74).

On August 7, 2015, Slaughter filed a prisoner civil rights complaint, alleging claims under the First, Fifth, Eighth, and Fourteenth Amendments. Dkt. 12 at 5–9. Although Slaughter did not file a motion for a preliminary injunction, Slaughter requested a preliminary injunction in his complaint to prevent him from being transferred to another prison. *Id.* at 8.

On October 8, 2015, Defendants moved to dismiss Slaughter's complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. 44. On

1  December 9, 2015, Judge Creatura issued an R&R recommending, in part, that the Court

2  deny Slaughter's request for preliminary injunctive relief as moot. Dkt. 61 at 19–20.

3  On January 4, 2016, Slaughter filed objections to the R&R. Dkt. 66. After

4  reviewing Slaughter's objections, the Court adopted the R&R on February 23, 2016.

5  Dkt. 73.

6  On February 19, 2016, Slaughter moved for reconsideration of his preliminary

7  injunction and for an order instructing Defendants to show cause. Dkt. 74. Due to the

8  processing time, Slaughter's motion was filed concurrently on the docket with the

9  Court's February 23, 2016 order. *See id.*; Dkt. 73. As such, the Court did not have the

10 opportunity to consider Slaughter's motion before it adopted the R&R.

11 The Court has now considered the merits of Slaughter's motion, and concludes

12 that Slaughter has failed to meet his burden. Slaughter has not shown that Judge Creatura

13 erred in recommending that Slaughter's request for a preliminary injunction be denied as

14 moot. Slaughter has also not demonstrated that Defendants need to show cause.

15 Therefore, it is hereby **ORDERED** that Slaughter's motion for reconsideration and

16 motion to show cause (Dkt. 74) is **DENIED.**

17 Dated this 21st day of March, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2