UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSSIE LEE SLAUGHTER,

          Plaintiff,

v.

PAT GLEBE, et al.,

          Defendants.

CASE NO. C15-5484 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 75. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's § 1983 claims against defendants Presswood, Casey and Flemming are **DISMISSED without prejudice** for lack of personal jurisdiction.

Dated this 18th day April, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER