UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R GLEBE,<br><br>　　　　　　　　Defendant. | CASE NO. 3:15-CV-05484-BHS-JRC<br><br>ORDER |

Plaintiff filed a Motion for Tentative Agreement Negotiated Settlement Offer Proposal to Defendants. Dkt. 151. Plaintiff's motion contains no request for relief from the Court and instead, it appears that plaintiff is attempting to submit a settlement offer to defendants. *Id.*

Federal Rule of Civil Procedure 7(a) sets forth pleadings allowed, and the Court cannot order the parties to enter into a settlement. Furthermore, the undersigned is prohibited from getting involved in settlement negotiations because he is in a position of ruling on matters affecting the case. Plaintiff's proposed settlement should be sent directly to the other party, not

filed with the Court. The Clerk's Office is directed to strike plaintiff's motion (Dkt. 151) from the docket.

Dated this 30th day of June, 2017.

J. Richard Creatura
United States Magistrate Judge