UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSSIE LEE SLAUGHTER,

    Plaintiff,

v.

PATRICK R. GLEBE, et al.,

    Defendant.

CASE NO. 3:15-cv-05484-BHS-JRC

ORDER DENYING MOTION FOR EXTENSION

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Before the Court is plaintiff's motion for an extension to receive discovery. Dkt. 170. He requests that the Court extend the discovery deadline by 60 days to allow defendants to provide requested discovery to him. *Id*. Because it appears plaintiff is not seeking to re-open discovery, defendants have stated they take no position on the motion. Dkt. 172 at 4. However, they state they have already provided plaintiff with all his requested discovery. *Id*.

The parties are bound by the amended scheduling order setting the discovery deadline for November 27, 2017, and the dispositive motions deadline for January 26, 2018. Dkt. 164. A scheduling order "may be modified only for good cause and with the judge's consent." LCR 16(b)(5). Here, plaintiff has not demonstrated good cause. Defendants have already provided his requested discovery and he has not asked to re-open discovery or provided any other legitimate reason for otherwise extending the deadline. Because of this, an extension is inappropriate.

Therefore, it is ORDERED:

Plaintiff's motion for an extension to receive discovery (Dkt. 170) is denied without prejudice. Plaintiff may request that the Court reopen discovery at a later date if he can provide good cause for his request.

Dated this 12th day of December, 2017.

J. Richard Creatura
United States Magistrate Judge