UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>              Plaintiff,<br><br>   v.<br><br>PATRICK R. GLEBE, et al.,<br><br>              Defendants. | CASE NO. C15-5484 BHS-JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

This matter comes before the Court on Plaintiff Ossie Lee Slaughter's ("Slaughter") motion for extension of time to file objections to the report and recommendation ("R&R"). Dkt. 179.

On January 4, 2018, Slaughter filed the instant motion asserting that he was unable to prepare adequate objections to the R&R before the deadline because he was recently transferred to another facility. *Id*. On January 11, 2018, Defendants responded and stated that they do not oppose an extension. Dkt. 180.

The Court finds that good cause exists to grant an extension of the deadline. Therefore, the Court renotes the R&R for consideration on the Court's February 23, 2018 calendar and extends the deadline for any objection to February 20, 2018.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER