UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER, | CASE NO. C15-5484 BHS-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| PATRICK R. GLEBE, et al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 177), and Plaintiff's objections to the R&R (Dkt. 203).

On October 27, 2017, Plaintiff moved for summary judgment. Dkt. 169. On December 12, 2017, Judge Creatura issued the R&R, recommending that the Court deny Plaintiff's motion. Dkt. 177. On February 5, 2017, Plaintiff objected. Dkt. 203.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The R&R recommends denying Plaintiff's motion on the basis that Plaintiff failed to carry his initial burden as the movant on summary judgment and establish the absence

of any genuine dispute as to material facts. Specifically, the R&R notes that, despite citing generally to the various declarations he has previously filed, Plaintiff has failed to establish that his belongings were destroyed or that any defendant has acted against him with a retaliatory motive. Plaintiff objects, arguing that he is entitled to summary judgment "because the Defendants have made overt, false, spurious statements in their responses and declarations . . . and cannot be trusted." Dkt. 203.

Ascertaining the accuracy or purported falsity of Defendants' evidence is an issue that is resolved by reviewing the record and weighing the credibility of competing evidence. Plaintiff has not provided evidence to demonstrate that the Government's declarations are necessarily false. Accordingly, the R&R was correct in determining that Plaintiff has not carried his burden on summary judgment to establish that there are no genuine disputes of material fact and Plaintiff's motion must be denied.

The Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion (Dkt. 169) is **DENIED**.

Dated this 26th day of February, 2018.

BENJAMIN H. SETTLE
United States District Judge