UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK R GLEBE, et al.,<br><br>　　　　　　Defendants. | CASE NO. C15-5484 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 208. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　　The R&R is **ADOPTED**; and

(2)　　Plaintiff's motion for injunctive relief (Dkt. 178) is **DENIED**.

Dated this 19th day of March, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER