UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>                Plaintiff,<br><br>   v.<br><br>PATRICK R. GLEBE,<br><br>                Defendant. | CASE NO. C15-5484 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REDUCE COLLECTION OF FEES |

This matter comes before the Court on Plaintiff Ossie Lee Slaughter's ("Slaughter") motion to reduce collection of fees. Dkt. 247.

On November 20, 2019, Slaughter filed the instant motion requesting relief from the Washington Department of Correction's simultaneous collection of multiple *in forma pauperis* fees. Dkt. 247. On November 26, 2019, the State responded. Dkt. 248. On December 3, 2019, Slaughter replied. Dkt. 249.

In this case, the Court agrees with the State that the Supreme Court has interpreted 28 U.S.C. § 1915(b) to allow the simultaneous collection of fees for multiple cases. *Bruce v. Samuels*, 136 S. Ct. 627 (2016). Moreover, Slaughter provides no authority for

the Court to reduce or alter the collection of such fees.  Therefore, the Court **DENIES** Slaughter's motion.

**IT IS SO ORDERED**.

Dated this 24th day of January, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge